

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2020

schiffhardin.com

February 5, 2020

**Brett F. Clements**
(202) 778.6457
bclements@schiffhardin.com

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Delacruz v. The Yankee Candle Company, Inc.*, Case No. 1:19-cv-10999-AT
            Letter Motion for an Extension of Time to Respond to
            <u>Complaint and to Adjourn Initial Conference</u>

Dear Judge Torres:

We represent Defendant The Yankee Candle Company, Inc. in the above-referenced action. Pursuant to Rules I(B) and I(C) of Your Honor's Individual Practices, we respectfully request that the Court extend the Defendant's time to respond to the Complaint from February 7, 2020 to March 9, 2020. Plaintiff's counsel has consented to this request. This is Defendant's first request for an extension of time to file a response to the Complaint. In support of this request, we note that we recently have been retained in this matter and need time to become familiar with the relevant facts and allegations in the Complaint.

Adjourning the date to respond to the Complaint also will affect the Initial Conference currently scheduled for February 11, 2020. As such, we respectfully request that the Initial Conference be adjourned to April 20, 2020, or to such other date at the Court's convenience six weeks after a response to the Complaint is due.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Brett F. Clements

Brett F. Clements

GRANTED in part, DENIED in part. By **February 28, 2020**, Defendant shall answer or otherwise respond to the complaint. The initial pretrial conference scheduled for February 11, 2020 is ADJOURNED to **February 18, 2020**, at **11:20 a.m.** By **February 11, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: February 5, 2020
         New York, New York

_____
ANALISA TORRES
United States District Judge