**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/27/2020___
```

Emanuel Delacruz, On Behalf Of Himself And
All Other Persons Similarly Situated,

                                  **Plaintiff,**

            -against-

The Yankee Candle Company, Inc.,

                                **Defendant.**

**1:19-cv-10999 (AT) (SDA)**

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

    A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Wednesday, July 22, 2020 at 10:00 a.m. Due to recent public health concerns, the settlement shall proceed by telephone unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means, such as by video.

    The Court will provide dial-in information to the parties by email before the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

DATED:     New York, New York
             May 27, 2020

                                         _____
                                         STEWART D. AARON
                                         United States Magistrate Judge