**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EMANUEL DELACRUZ, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                Plaintiff,

-against-                      19 **CIVIL** 10999 (AT)

                                           **JUDGMENT**

THE YANKEE CANDLE COMPANY, INC.,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 30, 2021, Defendant's motion is GRANTED and the complaint is DISMISSED.

**Dated:** New York, New York

      March 30, 2021

                                                **RUBY J. KRAJICK**
                                                _____
                                                **Clerk of Court**
                    **BY:**      _K. Mango_
                                                _____
                                                **Deputy Clerk**